# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America <br> v. <br> Jeffrey Weaver | ) ) ) ) Case No: 1:11CR00153-001 <br> ) USM No: 10220-028 <br> ) <br> ) Pro Se <br> ) *Defendant's Attorney* |
| Date of Original Judgment: 09/26/2012 <br> Date of Previous Amended Judgment: 09/26/2013 <br> *(Use Date of Last Amended Judgment if Any)* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  135  months **is reduced to**  108 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  09/26/2013  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  5/19/17 

*/s/ William T. Lawrence*
*Judge's signature*

Effective Date: _____
*(if different from order date)*

The Honorable William T. Lawrence, U.S. District Court Judge
*Printed name and title*